**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00324-CV**
_____

**IN RE FIRST FINANCIAL BANK N.A. AND CANDACE EMMERICH**

**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 21-09-12834-CV**

**ORDER**

First Financial Bank N.A. and Candace Emmerich, Relators, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relators are defendants in Trial Cause Number 21-09-12834-CV, *Rachel Butler Individually and as Personal Representative and Heir of the Estate of Jason Butler, and as Next of Friend of K.B. and E.B., Minor Children v. First Financial Bank N.A. and Candace Emmerich.* Relators seek a writ compelling the Honorable John M. Delaney, Sitting by Assignment as the Judge of the 284th District Court of Montgomery County, Texas, to vacate the Order Granting Plaintiff's Motion to

1

Reconsider and Reinstate and directing the trial court to grant Relators' motions to dismiss all of Butler's claims except her breach of contract claim against First Financial Bank N.A. *See* Tex. Gov't Code Ann. § 22.221.

Relators request that all further proceedings in the trial court, including the deadlines established by the Docket Control Order, as extended by the parties' Rule 11 Agreement, and the February 27, 2023, trial setting, be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further trial court proceedings in Trial Cause Number 21-09-12834-CV, including the deadlines established by the Docket Control Order, as extended by the Rule 11 Agreement, and the February 27, 2023, trial setting, are STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relators as a condition to any relief herein granted.

The response of the Real Party in Interest, Rachel Butler, is due October 24, 2022.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED October 17, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.

2